## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JM ENTERPRISES, INC.,       :     No. 1:17-cv-1118
     Plaintiff,                :

                           :     Hon. John E. Jones III

       v.                     :

                           :

THE AMES COMPANIES, INC.,    :
     Defendant              :

## ORDER

### January 18, 2018

Presently before this Court are cross Motions for Summary Judgment (Docs.

39, 42).  In conformity with the Memorandum issued on today's date, **IT IS**

**HEREBY ORDERED THAT:**

1.  Plaintiff's Motion for Summary Judgment (Doc. 42) is **DENIED**.

2.  Defendant's Motion for Summary Judgment (Doc. 39) is **GRANTED**.

2.  The Clerk of the Court **SHALL CLOSE** the file on this case

                       s/ John E. Jones III
                       John E. Jones III
                       United States District Judge